**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**KENLEY POWELL,**

                    **Plaintiff,**

    **- v -**                                                          **Civ. No. 1:08-CV-344**
                                                                              **(TJM/RFT)**

**JULIA HARRIS,**

                    **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

        In a Report-Recommendation and Order dated May 14, 2008, the Hon. Randolph

F. Treece, United States Magistrate Judge, recommended that the action be dismissed

due to Plaintiff's failure to comply with Federal Rules of Civil Procedure 8 and 10.

Magistrate Judge Treece also recommended that

        in light of Plaintiff's *pro se* status, prior to any dismissal, Plaintiff be afforded
        an opportunity to amend his Complaint consistent with the instructions [set
        forth in the Report-Recommendation and Order]. In any amended complaint
        that Plaintiff files, he must comply with Rules 8 and 10 of the Federal Rules
        of Civil Procedure and any other terms the Court deems proper. Plaintiff
        must also allege claims of misconduct or wrongdoing against Defendants
        that he has a legal right to pursue and over which this Court has jurisdiction.

        Plaintiff has filed a proposed amended complaint that comports with Federal Rules

of Civil Procedure 8 and 10, that asserts claims pursuant to 42 U.S.C. § 1983, and that

complies with the instructions set forth in the Report-Recommendation and Order.

        Therefore,  the Court adopts Magistrate Judge's recommendation, and the

1

proposed amended complaint shall be filled in the place of, and shall supersede, the original complaint.

**IT IS SO ORDERED**

DATED:  September 15, 2008

Thomas J. McAvoy
Senior, U.S. District Judge